truck drivers and constantly denounced [Capecci] and [Liberty]".

Judgment affirmed.

## Jensen, Appellant, v. Pittsburgh.

Argued September 28, 1961. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and ALPERN, JJ.

reargument refused February 6, 1962.

*Guy L. Warman,* with him *John A. Metz, Jr., Leo J. Kelly, and Metz, Cook, Hanna & Kelly,* for appellants.

*George Shorall,* Assistant City Solicitor, with him *David W. Craig,* City Solicitor, for City of Pittsburgh, appellee.

OPINION PER CURIAM, December 29, 1961:

The Court being evenly divided, the judgment is affirmed.